**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Ramon Lopez,<br><br>    Petitioner,<br><br>vs.<br><br>State of Arizona, et al.,<br><br>    Respondents. | No. CV 10-2159-PHX-JAT<br><br>**ORDER** |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus ("Petition") (Doc. 1 as amended at Doc. 8). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 14) recommending that the Petition be denied.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Based on the foregoing,

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 14) is **ACCEPTED**; accordingly,

- • Petitioner's Amended Petition for Writ of Habeas Corpus (Doc. 8) is denied and dismissed with prejudice,
- • in the event Petitioner files an appeal, issuance of a certificate of appealability is denied for the reasons stated in the Report and Recommendation (Doc. 14 at 24-25), and
- • the Clerk of the Court shall enter judgment of dismissal with prejudice.

DATED this 8th day of August, 2011.

James A. Teilborg
United States District Judge